IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00655-WYD-MEH

JECKONIAS N. MURAGARA,

    Plaintiff,

v.

PRIMESOURCE STAFFING, LLC,

    Defendant.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 14, 2006.**

    This Court issued an Order to Show Cause to Plaintiff on June 23, 2006, ordering him to show cause why this case should not be dismissed for failure to prosecute because Plaintiff did not respond to Defendant's Motion to Dismiss. Plaintiff filed his Response to the Order to Show Cause on June 29, 2006, indicating his desire to continue this lawsuit.

    Accordingly, the Order to Show Cause dated June 23, 2006, is hereby **discharged**.

    Dated at Denver, Colorado this 14th day of July, 2006.

                                            BY THE COURT:

                                            s/ Michael E. Hegarty
                                            Michael E. Hegarty
                                            United States Magistrate Judge